308 N.Y. 706 (1954)
In the Matter of Joseph Lo Presti, by His Attorney-in-Fact, Thomas Lo Presti, Respondent,
v.
Joseph D. McGoldrick, as State Rent Administrator, Appellant, et al., Defendant.
Court of Appeals of the State of New York.
Argued October 22, 1954.
Decided December 31, 1954
Beatrice Shainswit and Walter S. Fried for appellant.
Carmelo A. Parlato for respondent.
Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.
Order affirmed, with costs; no opinion.